# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**ISIAH SCHWARTZ,**
*Plaintiff*

               V.               **SUMMONS IN A CIVIL CASE**

**NAVIENT SOLUTIONS, INC.,**
*Defendant*

CASE NUMBER: **2:15–CV–07892–KM–MAH**

TO: *(Name and address of Defendant):*
Navient Solutions f/k/a Sallie Mae, Inc.
CORPORATION SERVICE COMPANY
2711 Centerville Rd. Suite 400
Wilmington, DE 19808
(302) 636-5401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**CHRISTINE MELILLO**
(By) DEPUTY CLERK



**ISSUED ON 2015–11–05 09:59:22**, Clerk
USDC NJD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-07892-KM-MAH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Navient Solutions, Inc. f/k/a Sallie Mae Inc.
was received by me on *(date)*   11/05/2015   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Dionne Mills , who is
designated by law to accept service of process on behalf of *(name of organization)*  Corporation Service Company
2711 Centerville Rd, Ste 400, Wilmington DE 19808   on *(date)*   11/06/2015  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/06/2015

*Server's signature*

Adam Golden
*Printed name and title*

DM Professional Services
501 Silverside Rd, Ste 72
Wilmington DE 19809

*Server's address*

Additional information regarding attempted service, etc:

docs: Summons; Complaint; Civil Cover Sheet
docs served @ 2:02pm